DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEE FRANK ADAMS, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-10

[April 13, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 561991CF000672A.

Lee Frank Adams, Jr., Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER, and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***